01-15-00719-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

August 11, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 10:58:19 AM
CHRISTOPHER A. PRINE
Clerk

FRED DAHR
ATTORNEY OF RECORD
405 MAIN ST STE 900
HOUSTON, TX 77002

Defendant's Name: LEE AUGUST LUDTKE

Cause No: 1329042-A

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus 11.072 filed: 7-29-15 Ruling Made:**
DENIED RELIEF ON 7-14-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: FRED DAHR**

Sincerely,

Lisa Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

CAUSE NO. 1329042 - A

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | 174th JUDICIAL DISTRICT |
| LEE LUDTKE | | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE RUBEN GUERRERO:

The applicant, Lee Ludtke, gives notice of appeal for this cause.

Respectfully submitted,

FRED DAHR
TBA No. 24045742
405 Main St., Suite 900
Houston, TX 77002
Telephone:  713.487.7575
Facsimile:  713.456.2135

Attorney for Applicant,
Lee Ludtke

**FILED**
Chris Daniel
District Clerk

JUL 29 2015

Time:_____ 9:10
Harris County, Texas
By_____
Deputy

# APPEAL CARD

1st

Court __97444__    8-13-15    Cause No. __1329042A__

### The State of Texas
### Vs

__Ludtke, Lee August__

7-14-15

**Date Notice Of Appeal:** __7/29/2015__

**Presentation:**      Vol._____ Pg._____

**Judgment:**      Vol._____ Pg._____

**Judge Presiding** __Ruben Guerrero__

**Court Reporter** __N/A__

**Court Reporter** __N/A__

**Court Reporter** __N/A__

**Attorney on Trial** _____

**Attorney on Appeal** __Fred Dahr__

     Appointed_____ Hired_____

**Offense** __Theft__

**Jury Trial**      Yes_____ No __✓__

**Punishment Assessed** _____

**Companion Cases (If Known)** __N/A__

**Amount of Appeal Bond** __N/A__

**Appellant Confined:**      Yes_____ No __✓__

**Date Submitted To Appeal Section** __8/11/2015__

**Deputy Clerk** _____